UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD GLOVER, | Civil No. 2:25-CV-02591-MDC |
| Plaintiff, | |
| vs. | |
| FRANK BISIGNANO, Commissioner of Social Security, | ORDER OF REMAND |
| Defendant. | |

Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Commissioner agrees that Plaintiff made persuasive arguments regarding the ALJ's evaluation of the opinion of Joshua Medeiros, PA-C. Therefore, the Commissioner has agreed to remand on this basis. On remand, the Commissioner will take any action to further develop the record offer the claimant an opportunity for a new hearing, re-evaluate the claimant's symptom testimony, and issue a new decision on disability under Title XVI benefits and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-28-26 _____

SIGAL CHATTAH
First Assistant United States Attorney

"I certify that Artificial Intelligence was not used to prepare the foregoing document."

By: s/ KATHERINE B. WATSON
Katherine B. Watson
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

DEFENDANT'S ORDER OF REMAND          Page 2          2:25-CV-02591-MDC